# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2025

### NO. 03-24-00275-CV

**Babatunde Ayodele Cole, Appellant**

**v.**

**Megan Cole, Appellee**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the protective order signed by the trial court on March 26, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's protective order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.